IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE REPUBLICAN PARTY OF TEXAS; JAMES R. DICKEY, in his official capacity as Chairman of the Republican Party of Texas and DEBORAH HOVDA, <br>    *Plaintiffs*, <br><br> v. <br><br> ROLANDO B. PABLOS, in his official capacity as Texas Secretary of State, <br>    *Defendant*. | Civil Action No. 1:17-cv-01167 |

## ADVISORY TO THE COURT

**TO THE HONORABLE ANDREW AUSTIN**, United States Magistrate Judge:

Defendant files this Advisory to clarify a statement in his response to Plaintiffs' Motion for Preliminary and Permanent Injunctions and Temporary Restraining Order (Dkt. No. 9). In his response, Defendant suggested that a magistrate judge cannot issue an injunction even if both parties consent to the magistrate's authority to do so. *Id.* at 6 (citing *United Steelworkers of America, AFL-CIO v. Bishop*, 598 F.2d 408, 411 (5th Cir. 1979)). This assertion overlooked 28 U.S.C. § 636(c)(1), which provides that upon the consent of the parties, a magistrate judge may "order the entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court or courts he serves." However, Defendant's underlying point—that in this circumstance, the Court must issue a report and recommendation on the temporary restraining order, rather than an order on the Plaintiffs' motion—remains true, as Defendant has not consented to have the temporary restraining order tried by consent to the magistrate judge.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Esteban S.M. Soto*_____
ESTEBAN S.M. SOTO
State Bar No. 24057887
MICHAEL R. ABRAMS
State Bar No. 24087072
Assistant Attorneys General
GENERAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120    (512) 320-0667 (FAX)
esteban.soto@oag.texas.gov
michael.abrams@oag.texas.gov

***ATTORNEYS FOR DEFENDANT***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has served through the Court's Electronic Filing System on December 19, 2017, to the following:

Chris K. Gober
THE GOBER GROUP PLLC
3595 RR 620 S., Suite 200
Austin, Texas 78738
Telephone: 512-354-1783
Facsimile: 877-437-5755
cg@gobergroup.com

***ATTORNEY FOR PLAINTIFFS***

                                      */s/ Esteban S.M. Soto*
                                      ESTEBAN S.M. SOTO
                                      Assistant Attorney General