**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

17 DEC 19 PM 2:17

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY CLERK

**THE REPUBLICAN PARTY OF TEXAS,
JAMES R. DICKEY, in his official capacity
as Chairman of the Republican Party of
Texas, and DEBORAH HOVDA**
            **Plaintiffs,**

-vs-

**ROLANDO B. PABLOS, in his official
capacity as Texas Secretary of State,**
            **Defendant.**

**CAUSE NO.:
AU-17-CA-01167-SS**

## <u>ORDER</u>

IT IS ORDERED that this cause of action is REMOVED from the undersigned

magistrate's docket and RETURNED to the docket of the Honorable Sam Sparks.

SIGNED this the 19th day of December 2017.

_____
ANDREW AUSTIN
UNITED STATES MAGISTRATE JUDGE

1