IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE REPUBLICAN PARTY OF TEXAS,
JAMES R. DICKEY, in his official capacity
as Chairman of the Republican Party of
Texas, and DEBORAH HOVDA
                Plaintiffs,

-vs-

ROLANDO B. PABLOS, in his official
capacity as Texas Secretary of State,
                Defendant.

CAUSE NO.:
AU-17-CA-01167-SS

## ORDER

BE IT REMEMBERED at a hearing held before Magistrate Judge Andrew Austin on December 19th, 2017, Plaintiff James R. Dickey made an unopposed oral motion for nonsuit in the above-styled and numbered cause, which the Court construes as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED WITHOUT PREJUDICE; and

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 19th day of December 2017.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE